**No. 09-10506. Hae Lee, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1031, 130 S. Ct. 3517, 177 L. Ed. 2d 1102, 2010 U.S. LEXIS 5501.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 333 Fed. Appx. 296.

■

**No. 09-10529. Albert Horace Griffin, Petitioner v. Department of the Army.**

561 U.S. 1031, 130 S. Ct. 3517, 177 L. Ed. 2d 1102, 2010 U.S. LEXIS 5485.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

■

**No. 09-10568. Anthony L. Fletcher, Petitioner v. Greg Simms, et al.**

561 U.S. 1032, 130 S. Ct. 3518, 177 L. Ed. 2d 1102, 2010 U.S. LEXIS 5448.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

■

**No. 09-10574. Timothy Trimble, Petitioner v. Social Security Administration.**

561 U.S. 1032, 130 S. Ct. 3537, 177 L. Ed. 2d 1102, 2010 U.S. LEXIS 5419.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 369 Fed. Appx. 27.

■

**No. 09-10594. Freddie A. Land, Petitioner v. Florida.**

561 U.S. 1032, 130 S. Ct. 3518, 177 L. Ed. 2d 1102, 2010 U.S. LEXIS 5328, ■

June 28, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 56 So. 3d 6.

■

**No. 09-10605. Arthur Lee Richardson, Petitioner v. Ohio.**

561 U.S. 1032, 130 S. Ct. 3518, 177 L. Ed. 2d 1102, 2010 U.S. LEXIS 5387.

June 28, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.

■

**No. 09-10609. Dan Lee, Petitioner v. Veterans Administration, et al.**

561 U.S. 1032, 130 S. Ct. 3518, 177 L. Ed. 2d 1102, 2010 U.S. LEXIS 5353.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.